AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Tracking of )
*(Identify the person to be tracked or describe* )
*the object or property to be used for tracking)* )
Target Telephone as Described in Attachment A to ) Case No. 2:22-cr-211
Affidavit of Special Agent Adam Smith )
dated February 21, 2022 )

**APPLICATION FOR A TRACKING WARRANT**

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __18__ U.S.C. § __922(a)(6)__ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location.  The application is based on the facts set forth on the attached sheet.

☐ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☑ Other: This Court has jurisdiction over the offense being investigated. 18 U.S.C. §§ 2703(c)(1)(A), 2711(3)(A) and F.R.C.P. 41

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

☐ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
I am an attorney for the Government & may apply for use of a PTD; ATF is conducting an investigation of the target for firearms offenses 922(a)(6), 924(a)(1)(A), & information likely to be obtained is relevant to the investigation. s/AES

☑ Delayed notice of ____ days (give exact ending date if more than 30 days: __04/22/2022__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

ADAM SMITH    Digitally signed by ADAM SMITH
Date: 2022.02.21 11:17:42 -05'00'
*Applicant's signature*

Adam M. Smith, ATF Special Agent
*Applicant's printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:  02/21/2022

*Judge's signature*

City and state:  Charleston, South Carolina
Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*